FILED
CLERK, U.S. DISTRICT COURT

APR 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAURINCE O'SHEIGH SIMPSON, ) | |
| ) Petitioner, ) | No. CV 08-1259-PA(AJW) |
| vs. ) | |
| PEOPLE OF THE STATE OF ) CALIFORNIA, et al., ) | JUDGMENT |
| ) Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: April 4, 2008

Percy Anderson
United States District Judge